# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SAUCEDO GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>ARROW TRUCK SALES INCORPORATED, et al.,<br><br>Defendants. | Case No. 1:24-cv-00773-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 12)<br><br>**TWENTY-ONE DAY DEADLINE** |

On September 23, 2024, a notice of settlement was filed informing the Court that the parties have reached an agreement for the complete resolution of this matter. (ECF No. 12.) The parties proffer they are in the process of finalizing a settlement agreement and will timely notify the Court upon completion of the settlement terms.

Pursuant to Local Rule 160(b), the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. The parties offer no date by which they will file dispositional documents. Accordingly, the Court shall set a deadline of twenty-one days in accordance with the Local Rule. However, the parties may request an extension through a stipulation demonstrating good cause for the needed extension. In this regard, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance, but rather settlement of the action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within **twenty-one (21) days** of entry of this order.

IT IS SO ORDERED.

Dated:  **September 23, 2024**

UNITED STATES MAGISTRATE JUDGE